PETER SHIELDS, RESPONDENT, v. CAPE MAY REALTY ESTATE COMPANY, APPELLANT.

Argued May 25, 1928—Decided October 15, 1928.

For the respondent, *McCarter & English.*

For the appellant, *Lindley M. Garrison.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, CAMPBELL, WHITE, McGLENNON, KAYS, DEAR, JJ. 10.

*For reversal*—None.